DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAN CHILIEAN,**
Appellant,

v.

**CHASE RUSSELL** and **GENESIS CAPITAL GROUP LLC,**
Appellees.

No. 4D21-3222

[December 29, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case No. COWE20-18368.

Jesse Long and Aylin Ruiz of Legal Grit, PLLC, Boca Raton, for appellant.

Frank Dello Russo and Yanina Ziberman of South Florida Law, PLLC, Hallandale Beach, for appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***